**Order entered July 3, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00702-CV

## PHILIPS JACOB VALLAKALIL AND REEJA SUSAN PHILIPS, Appellants

## V.

## JEREMY ERIC LARSEN AND TEXAS REAL ESTATE COMMISSION, Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-10734**

## ORDER

Appellee Jeremy Eric Larsen has filed a Suggestion of Bankruptcy stating that he has filed for bankruptcy in the United States Bankruptcy Court for the Northern District of Texas. This automatically suspends further action in this appeal. *See* TEX. R. APP. P. 8.2.

Accordingly, we **ABATE** this appeal. It may be reinstated on prompt motion by any party complying with Rule 8.3 and specifying what further action, if any, is required from this Court. *See* TEX. R. APP. P. 8.3.

/s/ ADA BROWN
JUSTICE